IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RYAN DOBBS,

    Plaintiff,

v.

HEALTH IQ INSURANCE SERVICES, INC.,

    Defendant.

CIVIL ACTION
NO. 21-5276

## ORDER

**AND NOW**, this 27th day of July, 2022, upon review of Defendant's Motion to Compel Arbitration in this matter, as well as Plaintiff's response and Defendant's reply, it is hereby **ORDERED** as follows:

1. The Motion to Compel Arbitration of Defendant, Health IQ Insurance Services, Inc., (Docket No. 2) is **GRANTED**;

2. The parties shall proceed to AAA arbitration in this matter on all claims; and

3. This matter is **STAYED** pending the completion of the AAA arbitration.

                          **BY THE COURT:**

                          **/s/ Jeffrey L. Schmehl**
                          Jeffrey L. Schmehl, J.